FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 17 2026 ★
BROOKLYN OFFICE

RECEIVED
APR 17 2026
PRO SE OFFICE


# Darius Burris

100 Carmen ave
East Meadow, New York 11554.


Hon. Pamela K Chen
UNITED STATES DISTRICT COURT
EASTERN DISTRICT of NEW YORL 110201.

RE: BURRIS v. Detective Dezelic, et al.

14-cv-05540 PKC-ARL

Dear Judge Chen;

I Pray the Court is found well? Being its Good Friday, and this will acknowledge the Plaintiff in receipt of this Court's Order [268] [269]. Please take Notice: that the Defendant's Jane/Doe are Nassau County ( Defendants) Detective's who assisted in the arrest, and assault. And Captain Jane/Doe; and officer Vito Triolo # 17210 are ( Defendant's) of New York City Department of Corrections in which has been identified by Defendant's in which you may have reference to. I would ask that the Court go over the alleged Defendant's and the Plaintiff Object's to Dismissing of the said Defendant's.

Secondly, this Plaintiff has been attempting to move this matter, by way of settlement with NYC Defendants. As I have been contacted by Corporation Counsel Senior Counsel Joseph Zangrilli back in September 20,2024. for a settlement and to no avail to my demands with Seamus O'Conner the assistant counsel in the matter. As I have futher explained to your Honor and Judge Lindsay in reference to Mr. O'Conner. Litigation with him is extremely difficult as far as anything. NOTE- that I reached out to Mr. Zangrilli and Mr. O'Conners supervisors seeking a settlement and first I was told that a date has been set with the Court, then I received (enclosed) information to call the wrong number and a second number was given. I was offered something not even the Court's approval of after 10-year's of litigation? I was very upset and dealing with my Criminal matter in which I received a harsh, illegal extensive sentence that this case sort of intwind together with my Discovery was thrown away because of litigation of this case dealing wit Nassau County Defendant's I'm lost for word's. I strongly believe that the prolonging of this matter is done by Nassau Defendant's in which Mr. Seamus O'Conner has followed in litigation as I have previously explained.

RECD IN PRO SE OFFICE
APR 23 '26 AM11:11

I ask that if and when this matter moves to Trial I request that you will have me transfered to NYCDOC for trial from NYSCOCCS and not Nassau County Jail where it is very harsh. Please Note that I will be having a attorney assist in the litigation on the above or settlement demands.

My demand as it stand's is $120,000.00 from both Defendant's non-negotiating at this point.

I thank the Court for it's just and proper ruling's in this long litigation as I await for your reply to my above concerns, and Note that I am soon to be transported to NYSDOCCS soon.

respectfully,

DARIUS BURRIS
April 3,2026.
East Meadow,N.Y 11554.

NAME Burris, D
C.C.# 2024001877
LOCATION B-4-B-1
100 CARMAN AVENUE
EAST MEADOW, NY 11554-1146

14 APR 2026 PM 5 L

FOREVER / USA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 17 2026 ★

BROOKLYN OFFICE

IN RE:
3 DKT'S

Hon. Pamela K. Chen
U.S. District Court (E.D.N.Y.)
225 Cadman Plaza East
Brooklyn, N.Y. 11201

USMS

11201-183299

REC'D IN PRO SE OFFICE
APR 23 '26 AM11:11