FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ JUL 31 2026 ★

BROOKLYN OFFICE

DARIUS BURRIS 26B1479

GREENE C.F. P.O. BOX 975

COXSACKIE, NEW YORK 12051

Hon. ARLENE R. LINDASAY

U.S. DISTRICT COURT E.D.N.Y.

225 Cadman Plaza East

July 25,2028.

Brooklyn, New York 11201

RE: 14-cv-05540

Dear Judge Lindasay:

I PRAY THAT YOU ARE FOUND WELL?

I the Plaintiff in the above matter, wish to inform this Court that I have yet to hear from the (Nassau County) Defendant's or the Court involving assigned Counsel in the matter, SEE YOUR LETTER dated 6/11/26.

PLEASE TAKE NOTICE, that this is the practice of the Nassau County Goverment dealing with the E.D.N.Y. if you haven't noticed in other litigation. And as a point of record it has been 10 year's of the Defendant's changing attorney's and filing moving Paper's to delay the matter and confusing the docket within the Court. I would ask that their be no more attorney's assigned to this matter, and as well as New York City Defendant's as well? I wish that you will move this matter to an settlment and or to trial.

PLEASE TAKE FUTHER NOTICE, that it is well past July 13,2026. And I ask that you would just make the defendant's to be in default, and I wish to have said defendant Dezilic held accountable and an arrest be made of his person and any other person or persons involved in the above.

I thank-you for your time and consideration in the above matter/

RECEIVED

JUL 31 2026

PRO SE OFFICE

RESPECTFULLY

DARIUS BURRIS

REC'D IN PRO SE OFFICE
AUG 3 '26 PM 4:01



GREENE CORRECTIONAL FACILITY
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975

NAME: Burris, D          DIN: 26B1479

ALBANY NY 120

28 JUL 2026 PM 1 L

NEOPOST
07/27/2026
US POSTAGE $000.78

FIRST-CLASS MAIL

ZIP 12051
041M11465187



Hon. Arlene R. Lindsay
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, N.Y. 11201

11201-183299

NAME: _Burris, D_     DIN: _26B1479_

♻ Printed On Recycled Paper