FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 14 2026 ★
BROOKLYN OFFICE

DARIUS BURRIS 26B1479
P.O. Box 0975
Coxsackie, New York 12051

Hon. PAMELA K. CHEN
UNITED STATES DISTRICT COURT (E.D.N.Y.)
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 12051

RECEIVED
SEP 14 2026
PRO SE OFFICE

14-cv-5540 PKC-ARL

Dear Judge LINDSAY;

I PRAY THAT YOU ARE FOUND WELL?

**PLEASE TAKE NOTICE**, that on 6/11/2026. You had sent this Plantiff Notice that (NICHOLAS ZOTTO)- Nassau County Defendant, is no longer employed by THE nassau county attorney's office, and the County Defendant's are Currently Unrepresented by Counsel in this matter.

That the NASSAU COUNTY ATTORNEY'S OFFICE was directed to Notify the Court by July 13,2026. As to the steps taken to assign Counsel to this matter.

That Failure to respond to the Court Order may result in a recommendation to the District Judge that the County's answer be stricken and defaultjudgment be entered.

**PLEASE TAKE FUTHER NOTICE**, that this Plaintiff has never recieved NOTICE of APPEARANCE, and on 8/26/2026. An Settlement Conference was help in an inproper manner of Settlement because the Plaintiff was given legal-mail late by this Facility, that had instruction's to confer/offer an Demand to said Defendant's.

Now as to date, this Plantiff, has not been given Notice of Appearance from Nassau County Defendant's, and such Defendant's are in default as far as this Plaintiff is concerned?

This Plaintiff, ask's of an Order of this Court for an Sanction for the said Nassau County Defendant's. All thruout this matter the Plaintiff had been taken advantage of being PRO'SE, and also concerning this missing Video is also an issue.

The Plaintiff would ask of the Court for an Prompt responce and or any other relief that is just and proper

REC'D IN PRO SE OFFICE
SEP 14 '26 PM4:37

Post Scriber

This Plaintiff has repeativly requestedxan Copy of this Video of the incident, and the Plaintiff do rember this Court stating that it had viewed the Video, and wish to view the video. Pablo Ferndaz then attorney of Nassau County Attorney's office have provided the Plaintiff an Full copy of the Plaintiff's Medical Record's and the Video, and it will be an Problem to locate being that this Plaintiff's properr is in storage? So Please have the Defendant's to stop the maddness and come up with this Video, and or an reasonable offer to settle this matter.

Respectfully,

DARIUS BURRIS

Executed:

September 7th, 2026.
Coxsackie, New york 12051

GREENE CORRECTIONAL FACILITY
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975

NAME: Burris, D DIN: 26B1479

NYS DOCCS ALBANY NY 120
GREENE CORRECTIONAL FACILITY
9 SEP 2026 AM 3 L

quadient
FIRST-CLASS MAIL
IMI
$000.78
09/08/2026 ZIP 12051
043M31278489
US POSTAGE

Legal Mail

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 14 2026 ★
BROOKLYN OFFICE

Hon. Pamela K. Chen
U.S. District Court (E.D.N.Y.)
225 Cadman Plaza East
Brooklyn, N.Y. 11201.

11201-183299

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Burns, D DIN: 26B1479

Printed On Recycled Paper