SHEHARYAR ALI
LAW GROUP, P.C.

***Attorneys and Counselors at Law***

877 N Corona Ave, Valley Stream, New York 11580
Phone: 516-820-1020 | Email: ali@salawpc.com
https://salawpc.com

September 17, 2026

**VIA PACER**

Honorable Magistrate
Judge Anne Y. Shields
100 Federal Plaza
Central Islip, NY 11722

Re: ***Burris v. Detective Dezelic, et al., Case No.: 2:14-cv-05540-PKC-ARL***

Dear Honorable Anne Y. Shields:

The current Docket reflects that I am listed as one of the attorney's for Defendant Detective Dezelic and the other former Nassau County Defendants (hereinafter collectively referred to as "Nassau County Defendants"). I am writing to inform the court that I departed from the Nassau County Attorney's in December of 2024 and therefore have no further involvement in this matter. Accordingly, I respectfully request that my appearance be terminated and my name removed as counsel for the Nassau County Defendants in this action.

The Nassau County defendants will suffer no prejudice as they are represented by Mr. Steven Dalton of the Nassau County Attorney's Office.

As always, we appreciate the court's time, patience, and courtesies.

________________________
SHEHARYAR ALI, ESQ.