FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 28 2026 ★

BROOKLYN OFFICE

DARIUS BURRIS 26B1479
Greene Correctional Facility
P.O. Box. 0975
Coxsackie, New York 12051

HON. ARLENE R. LINDSAY

U.S. DISTRICT COURT E.D.N.Y.
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 12051

September 21,2026.

In Re: Burris v. Detective Dezelic

14-cv-5540 PKC-ARL

Dear Judge Lindsay;

I PRAY THAT YOU ARE FOUND WELL?

PLEASE TAKE FULL NOTICE, ON OR about August 26,2026. A SETTLEMENT CONFRENCE was held in the matter, and this Plaintiff has informed you that this Plaintiff had not recieved "any Notice of appearance" from County Defendant's as to this day?

PLEASE TAKE FURTHER NOTICE , that The Plaintiff wishes that the Court will Order an Default Judgement against the Defendants Nassau County and Fine the Nassau County Defendants for delay of the matter before this Court.

Respectfully,
Dariuis Burris
Plaintiff

RECEIVED
SEP 28 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
SEP 28 '26 PM4:07

GREENE CORRECTIONAL FACILITY
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975

NAME: Burris, D. DIN: 26B1479

NYS DOCCS
GREENE
CORRECTIONAL
FACILITY

ALBANY NY 120
23 SEP 2026 PM 3 L

quadient
FIRST-CLASS MAIL
IMI
$000.78
09/22/2026 ZIP 12051
043M31278489
US POSTAGE

USMS

Legal Mail

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 28 2026 ★
BROOKLYN OFFICE

Arlene R. Lindsay
U.S. District Court E.D.N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

11201-183299

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Burris, D DIN: 26B1479

Printed On Recycled Paper