RECEIVED
NOV 18 2026
PRO SE OFFICE

*** EXPARTE ****

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 18 2026 ★
BROOKLYN OFFICE

DARIUS BURRIS 26B1479
GREENE C.F. P.O. BOX 975
COXSACKIE, NEW YORK 12051

November 9,2026.

Hon. PAMELA K. CHEN
UNITED STATES DISTRICT COURT (E.D.N.Y.)
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 12051.

In Re; BURRIS v. DEZWLIC 14-cv-05540

Dear Chen;

I PRAY THAT YOU ARE FOUND WELL?

I write you this letter on behalf of the above matter in which is before your Court, and ready for Trial. I write you this letter seeking an STAY IN THE MATTER FOR THE FOLLOWING:

1). This Plaintiff need to gather moving paper's and Medical Record's to support my claim, and locate this missing Video the Defendant's Claim they don't have.

2). This Plaintiff is seeking Counsel and need time to find an Attorney. this Plaintiff had an stand by attorney who is sick with Cancer who was willing to assist in the matter.

3). This Plaintiff is seeking other Legal issue's in the matter that need's this Court's attention as follow's

JOHN CARNEVELE- Now work's for the City of NEW YORK LAW DEPARTMENT and may have purposely confused the docket and misplaced this Video as an "STRATEGIC" move for both defendant's. "WE" the Court or this Plaintiff don't know if his now Employment stem's from any favor of his "antics" of this case. John Carnevelle is known in the Eastern District for pro-longing case's. Now that he is Employed by the City of New York some how thing's in the matter are sort of transfered?

At the Present this Plaintiff is on loss of phone Privilege's until January 1,2027. from and displinary infraction.(ENCLOSED) is Penalty imposed. I ask that this Court will give this Plaintiff to also investigate this missing C.D. of my Medical record's. This extension of time will also give this Plaintiff to reach out to Attorney(s) as well?

REC'D IN PRO SE OFFICE
NOV 18 '26 PM2:16

I thank the Court for any other and just Order in the matter. I will also allow the Court to know of this Plaintiff's investigation into the missing C.D. that came up missing, involving my Criminal case and intwined with this Civil matter?

Post Scribe;

I would like to ask the Court to Launch an Investigation into John Carvernele whom may have worked/assisted both New York City at the same time of this litigation and may have made the Video disappear as a defence?

Respectfully,

Darius Burris

SUPERINTENDENT HEARING DISPOSITION RENDERED

GREENE TAPE NUMBER 56

DIN: 26B1479 NAME: BURRIS, DARIUS E LOCATION: 0J-01-05B
SHU CELL INELIGIBLE
INCIDENT DATE & TIME: 10/16/2026 10:05 AM TIER 3

REVIEW DATE: 10/16/2026 BY: LT WALANTUS, M A

DELIVERY DATE & TIME: 10/17/26 01:35 PM BY: CO NOWICKI, A M

HEARING START DATE & TIME: 10/27/26 4:27 PM 3:01 BY: Dsp Walker

HEARING END DATE & TIME: 11/2/26 __:__ BY: Dsp Walker

WAS THERE NEED FOR A FORMAL MENTAL HEALTH/INTELLECTUAL CAPACITY ASSESSMENT? Y / N
DOES THIS MISCONDUCT MEET THE CRITERIA FOR WORKPLACE VIOLENCE? Y / N

| CHARGE NUMBER | DESCRIPTION OF CHARGES | REPORTED BY | | DISPOSITION |
|---|---|---|---|---|
| | | ORC | TALERICO, J L | Guilty |
| | | | | Guilty |
| | | | | Guilty |
| | | | | Guilty |
| | | | | Guilty |
| | | | | Guilty |

ANY GUILTY DISPOSITION WILL RESULT IN A MANDATORY DISCIPLINARY SURCHARGE IN THE AMOUNT OF FIVE($5.00) DOLLARS BEING ASSESSED AUTOMATICALLY AGAINST THE I/I. SANCTION DATES BELOW ARE SUBJECT TO REVIEW/CHANGE, AND WILL BE CONSECUTIVELY ADDED TO ANY SIMILAR CURRENT SANCTION.

| PENALTY CODE | DESCRIPTION | PENALTY MO DAYS | START DATE | RELEASE DATE | SUSPEND MO DAYS | DEFERRED MO DAYS | RESTITUTION $$$$ . ¢¢ |
|---|---|---|---|---|---|---|---|
| D000 | Loss of Rec | 60 | 11/2/26 | 1/1/27 | | | |
| E000 | Loss of Pk | 60 | 11/2/26 | 1/1/27 | | | |
| F000 | Loss of comm | 60 | 11/2/26 | 1/1/27 | | | |
| G000 | Loss of phone | 60 | 11/2/26 | 1/1/27 | | | |
| H000 | Loss of Goodtime 1 Month | | | | | | |
| | | | | | | | |
| | | | | | | | |

GREENE CORRECTIONAL FACILITY
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975

NAME: Burris D DIN: 26B1479

NYS DOCCS
GREENE
CORRECTIONAL
FACILITY

quadient
FIRST-CLASS MAIL
IMI
$000.78
11/12/2026 ZIP 12051
043M31278489
US POSTAGE

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 18 2026 ★
BROOKLYN OFFICE

USMS

Legal Mail

Hon. Pamela K. Chen
U.S. District Court E.D.N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: BURRIS D DIN: 26B1417

Printed On Recycled Paper